David Mincin, Esq.
Nevada Bar No. 5427
MINCIN LAW, PLLC
7465 W. Lake Mead Boulevard, #100
Las Vegas, Nevada 89128
dmincin@mincinlaw.com
Phone: 702-852-1957
Fax: N/A
*Attorney for Defendant*

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| Re:<br><br>ADAM CHARLES NIMMER,<br><br>Debtor.<br><br>MICHAEL PUGLIA, an Individual; and SLR ENERGY, INC., a Nevada Corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>ADAM CHARLES NIMMER, an Individual,<br><br>Defendant. | Case No.: 22-11364-ABL<br><br>Chapter: 7<br><br><br><br>Adv. Case No.: 22-01123-ABL |

### STIPULATION AND ORDER FOR DISMISSAL OF ADVERSARY CASE WITH PREJUDICE

Defendant Adam Charles Nimmer, by and through his attorney of record, David Mincin, Esq. of Mincin Law, PLLC, and Plaintiffs Michael Puglia and SLR Energy, Inc., by and through their attorney of record, Ryan A. Andersen of Andersen Beede Weisenmiller, stipulate and agree as follows:

**It Is Hereby Stipulated and Agreed** that Plaintiffs' claims in this Adversary Case against Defendant shall be dismissed with prejudice, each party to bear their own attorney's fees and costs.

Page 1 of 2

| | | |
|---|---|---|
|1| SO STIPULATED | SO STIPULATED |
|2| DATED this 25th day of March 2024. | DATED this 25th day of March 2024. |
|3| MINCIN LAW, PLLC | ANDERSEN BEEDE WEISENMILLER |
|5| By: /s/ David Mincin | By: /s/ Ryan Andersen |
| |     David Mincin, Esq. |     Ryan Andersen, Esq. |
|6|     Nevada State Bar No. 5427 |     Nevada State Bar No. 12321 |
| |     7465 Lake Mead Blvd., #100 |     3199 E Warm Springs Rd, Ste 400 |
|7|     Las Vegas, Nevada 89128 |     Las Vegas, Nevada 89120 |
| |     *Attorney for Defendant* |     *Attorney for Plaintiffs* |

### # # #

Page 2 of 2

W:\2022 - DM\4515nimmer.puglia\Stip & Order For Dismissal Of Adv Case With Prejudice...DMcb...12-13-2023.wpd     March 25, 2024 (9:31am)